**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JENNIFER L. CUTE,

Plaintiff,

v. CASE NO. 6:09-cv-01761-ACC-DAB

ICC CAPITAL MANAGEMENT, INC.,

Defendant.
_____________________________________/

**Plaintiff's Agreed Motion For Leave To Serve Expert Rebuttal Report Out Of Time**

Plaintiff respectfully moves for leave to serve her expert rebuttal report out of time but no later than August 26, 2010.

Mediation in this case is August 31, 2010. Activity in the case has therefore been intense during the past two weeks and will be so in the next two. Each day has been consumed with depositions, deposition preparation, or travel to and from Orlando for depositions. Undersigned counsel mis-remembered the deadline for the rebuttal report of Plaintiff's expert and thus told the expert, the client, and co-counsel that the deadline was twenty days from August 2, 2010, a Sunday, and so it would be August 23, 2010. The actual deadline was August 20, 2010, as opposing counsel pointed out when undersigned counsel asked for a three day extension this morning.

The need for the three day extension arose from the travel of the expert, her back-to-school family crunch, and the limited availability of Plaintiff and her counsel due to their absorption in the depositions and the mediation preparation. This is completely a mistake of undersigned counsel for which Plaintiff should not be penalized.

Defense counsel graciously agreed to the out-of-time service. The extension should not

prejudice or unduly inconvenience Defendant or the court.

**Local Rule 3.01(g) Certification**

Undersigned counsel has consulted with defense counsel who do not oppose the motion so long as the expert's rebuttal report is in the hands of defense counsel no later than 5:00 p.m., on Thursday, August 26,2010..

Respectfully submitted,

/s/Richard E. Johnson
Richard E. Johnson, Esq.
Florida Bar No. 858323
E-mail: richard@nettally.com

Melissa Horwitz, Esq.
Florida Bar No. 17333
E-mail: melissah@nettally.com
Law Offices of Richard E. Johnson, Esq., P.A.
314 West Jefferson Street
Tallahassee, Florida 32301-1608
Tel.: (850) 425-1997
Fax: (850) 561-0836

Daniel A. Perez, Esq.
Florida Bar No. 426903
E-mail: dperez@boginmunns.com

Bogin, Munns & Munns, P.A.
924 Garfield Street
Melbourne, Florida 32940
Tel.: (321) 254-3939
Fax: (321) 254-3929

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following: Mark J. Neuberger and Robert Iseman, Foley & Lardner LLP, One Biscayne Tower, Suite 1900, 2 S. Biscayne Blvd., Miami, Florida 33131, this 23d day of August, 2010.

/s/Richard E. Johnson
Richard E. Johnson