**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:09-1761-ACC-DAB**

**JENNIFER L. CUTE,**

Plaintiff,

vs.

**ICC CAPITAL MANAGEMENT, INC.,**
a Florida corporation,

Defendant.
_____________________________________/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF'S DAMAGES EXPERT**

Defendant, ICC Capital Management, Inc. ("ICC") respectfully moves that this Court enter an order extending its deadline to depose the Plaintiff's damages expert to October 29, 2010.

In support of this motion, ICC states:

1. Pursuant to the Court's Case Management and Scheduling Order [D.E. 19], the parties' discovery deadline is September 15, 2010, and this matter is set for trial during the Court's trial term commencing March 1, 2011.

2. The parties have been vigorously litigating this matter. Fact discovery will conclude, as scheduled, on September 15. During the 10 day period from August 17, 2010 to August 26, 2010, plaintiff Jennifer Cute ("Cute") deposed eight fact witnesses. During that same period, and on August 27, 2010, ICC deposed Cute, and one other fact witness. On August 31, 2010, the parties unsuccessfully mediated this matter before Jay M. Cohen.

Following that mediation, three remaining depositions were scheduled for September 14, 2010 and September 15, 2010.

3. On August 25, 2010, Cute served ICC with the rebuttal report of Joyce Eastridge, Cute's damages expert.

4. The parties have been attempting to schedule Ms. Eastridge's deposition. However, due to Ms. Eastridge's schedule and the schedule of the parties' counsel, it presently appears that the deposition cannot be held until a date sometime in mid- to late October.

5. The parties agree that Ms. Eastridge's deposition does not have any bearing on Cute's pending Motion for Partial Summary Judgment (Liability) on Count I (Equal Pay Act). [D.E. 53]. Likewise, the motion will not have any bearing on ICC's to-be-filed motion for summary judgment against Cute, which also solely will address issues of liability.

6. Accordingly, ICC submits that an extension of its deadline to depose Ms. Eastridge will not delay the disposition of those motions, or other proceedings in this litigation.

7. Pursuant to Local Rule 3.01(g), ICC certifies that Daniel E. Perez, one of Cute's attorneys, has authorized ICC's undersigned counsel to state that Cute does not oppose this motion.

**WHEREFORE,** Defendant, ICC Capital Management, Inc. respectfully requests that this Court enter an order extending its deadline to depose Cute's damages expert to October 29, 2010.

Respectfully submitted,

s/Mark J. Neuberger
Richard S. Davis
rdavis@foley.com
Florida Bar No. 0991082
Mark J. Neuberger
Florida Bar No. 0982024
mneuberger@foley.com
Robert Iseman
Florida Bar No. 0017341
riseman@foley.com
FOLEY & LARDNER LLP
2 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 482-8400
Facsimile: (305) 482-8600

*Attorneys for defendant ICC Capital Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, upon:

Richard E. Johnson, Esq.
Melissa Horowitz, Esq.
Law Offices of Richard E. Johnson
14 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Email: richard@nettally.com
Email: melissah@nettally.com

and

Daniel E. Perez, Esq.
Bogin, Munns & Munns, P.A.
924 Garfield Street
Melbourne, Florida 32940
Telephone: (321) 254-3939
Facsimile: (321) 254-3929
Email: dperez@boginmunns.com

s/Mark J. Neuberger
Mark J. Neuberger
Florida Bar No. 0982024
mneuberger@foley.com
FOLEY & LARDNER LLP
2 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 482-8400
Facsimile: (305) 482-8600