**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER L. CUTE,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:09-cv-1761-Orl-22DAB**

**ICC CAPITAL MANAGEMENT, INC.,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Objections to Defendant's Bill of Costs and Request for Delay on Ruling on Costs (Doc. No. 137) filed on June 14, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and overrruled in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 22, 2011 (Doc. No. 142) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Objections to Defendant's Bill of Costs (Doc. No. 137) are granted in part and overruled in part. The Clerk shall modify the proposed Bill of Costs (Doc. No. 130) to

reduce the amount of fees for exemplification and the costs of making copies of materials from $3,363.86 to $511.60, and the total from $15,766.95 to $12,914.69. Thereafter the Clerk is directed to Tax the costs in the amount of $12,914.69.

    3.    The Request for Delay on Ruling on Costs is denied.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 8, 2011.

Copies furnished to:

Counsel of Record

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge